IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 5:07CR12DCB-JCS

ERIC RAYNALDO JOHNSON

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Information against ERIC RAYNALDO JOHNSON without prejudice.

DUNN LAMPTON
United States Attorney

By: *Jerry L. Rushing*
JERRY L. RUSHING
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 21 day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE